**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00921-CR

**JOSHUA PAUL WASHBURN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-61795-Y**

## ORDER

On October 22, 2013, this Court sent the trial court a letter stating that the record does not contain the trial court's certification of appellant's right to appeal. We asked the trial court to review the record and to file, within ten days, a certification that accurately reflects the trial court proceedings. To date, we have not received the certification, which the trial court is required to prepare in every case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE